| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bush, Ronald E. | 2. Court or Organization United States District Court, District of Idaho | 3. Date of Report 05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |
| 7. Chambers or Office Address U.S. Courthouse/Federal Building 550 W. Fort St. Boise, Idaho 83724 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | State of Idaho District Judge Retirement Plan (no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Brokerage Account #1 (H) | | | | | | | | | |
| 2.  - Vanguard Info. Tech., VGT | A | Dividend | J | T | Sold (part) | 07/05/19 | J | B | |
| 3.  - ISHARES ETF Core MCSI, IEFA | A | Dividend | K | T | Sold (part) | 07/05/19 | J | | |
| 4.  - ISHARES ETF Floating Rate Bond, FLOT | A | Dividend | | | Sold (part) | 07/05/19 | J | A | |
| 5. | | | | | Sold | 08/22/19 | J | A | |
| 6.  - SPDR Fin'l Select Shares of Beneficial Int., XLF | A | Dividend | J | T | Sold (part) | 07/05/19 | J | A | |
| 7.  - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Sold (part) | 07/05/19 | J | A | |
| 8.  - ISHARES MSCI Emg. Mrkt. ETF, EEMA | A | Dividend | J | T | Sold (part) | 07/05/19 | J | A | |
| 9.  - ISHARES US Aerospace Defense, ITA | A | Dividend | | | Sold (part) | 02/13/19 | J | B | |
| 10. | | | | | Sold (part) | 07/05/19 | J | A | |
| 11. | | | | | Sold | 08/22/19 | J | B | |
| 12.  - ISHARES 0-5 Tips Bond, STIP | A | Dividend | J | T | Sold (part) | 07/05/19 | J | | |
| 13.  - SPDR GOLD SHARES ETF, GLD | | None | J | T | Sold (part) | 07/05/19 | J | A | |
| 14. | | | | | Sold (part) | 09/12/19 | J | A | |
| 15.  - SPDR Energy Select ETV, XLE | A | Dividend | | | Sold (part) | 07/05/19 | J | | |
| 16. | | | | | Sold | 08/22/19 | J | | |
| 17.  - ISHARES Core Div. Growth ETF, DGRO | A | Dividend | K | T | Sold (part) | 07/05/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - ISHARES Russell 2000 ETF, IWM | A | Dividend | J | T | Sold (part) | 07/05/19 | J | A | |
| 19. - Vanguard FTST Europe ETF, VGK | | None | | | Sold | 01/25/19 | J | A | |
| 20. - Invesco Optimum Yield, PDBC | A | Dividend | J | T | Sold (part) | 07/05/19 | J | | |
| 21. - ISHARES MBS ETF, MBB | A | Dividend | | | Sold (part) | 07/05/19 | J | A | |
| 22. | | | | | Sold | 09/12/19 | J | A | |
| 23. - JP Morgan Ultra Short, JPST | A | Dividend | | | Sold (part) | 07/05/19 | J | A | |
| 24. | | | | | Sold | 09/12/19 | J | A | |
| 25. - Vanguard Total Bond, BND | A | Dividend | K | T | Sold (part) | 07/05/19 | J | A | |
| 26. | | | | | Sold (part) | 09/12/19 | J | | |
| 27. - Wisdomtree Japan Hedged Equity, DXJ | A | Dividend | | | Sold (part) | 07/05/19 | J | | |
| 28. | | | | | Sold | 08/22/19 | J | | |
| 29. - Invesco Total Return Bond ETF, GTO | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 30. - ISHARES U.S. Healthcare Pro, IHF | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 31. | | | | | Sold (part) | 07/05/19 | J | | |
| 32. - Western Asset Total Ret., WBND | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 33. US Bank accounts | | None | L | T | | | | | |
| 34. New York Life insurance policy (whole life) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. Savings Bond | | None | J | T | | | | | |
| 36. IBM (UGTMA held for benefit of ▮▮▮ ) | B | Dividend | K | T | | | | | |
| 37. Bank of Commerce common stock | B | Dividend | J | T | | | | | |
| 38. Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 39. Charles Schwab Gov't Money Fund, SWGXX | A | Interest | K | T | | | | | |
| 40. | C | Dividend | | | | | | | |
| 41. AMC Gov't Sec. Fund (AKA Alliance Bernstein) | A | Dividend | J | T | | | | | |
| 42. JP Morgan Common Stock | A | Dividend | J | T | | | | | |
| 43. MDU Resources Common Stock | A | Dividend | J | T | | | | | |
| 44. Bank of Idaho account | A | Interest | J | T | Open | 08/01/19 | J | | |
| 45. Idaho "IDEAL" 529 college savings fund (select risk only) (H) | | | K | T | | | | | |
| 46. - Aggressive Age-Based Option: Blended Income | A | Dividend | J | T | | | | | |
| 47. - Mod. Age-Based Option: Income Portfolio | A | Dividend | J | T | | | | | |
| 48. Am. Funds VCSP college savings 529 (select risk only) (H) | | | L | T | | | | | |
| 49. - American Mutual Fund 529A, CMLAX | A | Dividend | J | T | | | | | |
| 50. - Growth Fund of America 529A, CGFAX | A | Dividend | K | T | | | | | |
| 51. - Income Fund of America 529A, CIMAX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Investment co. of America 529A, CICAX | A | Dividend | J | T | | | | | |
| 53.  - Washington Mutual Investors Fund 529A, CWMAX | A | Dividend | K | T | | | | | |
| 54.  J.A."Bert" Eggleson Farms, Inc. (▮▮▮ business - 1/6 ownership) | C | Dividend | N | U | | | | | |
| 55.  Bank of Idaho common stock | A | Dividend | J | T | | | | | |
| 56.  Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 57.  General Electric common stock | A | Dividend | J | T | | | | | |
| 58.  Microsoft common stock | A | Dividend | K | T | | | | | |
| 59.  Brokerage Account #2 (▮▮▮ college savings) (H) (Y) | | | | | | | | | |
| 60.  Brokerage Account #3 (retirement) (H) | | | | | | | | | |
| 61.  - Vanguard Info. Tech., VGT | A | Dividend | K | T | Sold (part) | 09/12/19 | J | A | |
| 62.  - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | | | | | |
| 63.  - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | | | Sold | 08/22/19 | K | A | |
| 64.  - ISHARES ETF Core MSCI, IEFA | B | Dividend | K | T | | | | | |
| 65.  - SPDR Fin's Select Ben. Int., XLF | A | Dividend | K | T | Sold (part) | 09/12/19 | J | A | |
| 66.  - ISHARES MSCI Emg. Mrkt. ETF IV, EEMA | A | Dividend | K | T | Sold (part) | 09/12/19 | J | A | |
| 67.  - SPDR GOLD SHARES ETF, GLD | | None | J | T | | | | | |
| 68.  - ISHARES US Aerospace Defense, ITA | A | Dividend | | | Sold (part) | 02/13/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 08/22/19 | J | C | |
| 70.   - ISHARES 0-5 Tips Bond, STIP | A | Dividend | K | T | | | | | |
| 71.   - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | A | Dividend | | | Sold (part) | 05/09/19 | J | A | |
| 72. | | | | | Sold | 09/12/19 | K | A | |
| 73.   - SPDR Energy Select Sector ETV, XLE | A | Dividend | | | Sold | 08/22/19 | J | | |
| 74.   - ISHARES Core Div. Growth ETF, DGRO | A | Dividend | K | T | Sold (part) | 09/12/19 | J | A | |
| 75.   - VANGUARD FTSE Europe ETF, VGK | | None | | | Sold | 01/25/19 | K | A | |
| 76.   - Wisdomtree Japan Hedged Equity ETF, DXJ | A | Dividend | | | Sold | 08/22/19 | J | | |
| 77.   - Vanguard Total Bond Mrkt. ETF, BND | B | Dividend | L | T | | | | | |
| 78.   - Vanguard Emg. Mrkts. Gov. bond ERF, VWOB | A | Dividend | | | Sold | 09/12/19 | K | C | |
| 79.   - ISHARES MBS ETF, MBB | A | Dividend | | | Sold | 09/12/19 | K | B | |
| 80.   - JPMorgan Ultra Short Income ETF, JPST | A | Dividend | | | Sold | 09/12/19 | K | A | |
| 81.   - Invesco Pwrshr Mng. Opt. Yield Divs. , PDBC | A | Dividend | J | T | | | | | |
| 82.   - Invesco Total Return Bond ETF, GTO | A | Dividend | L | T | Buy | 02/13/19 | K | | |
| 83.   - ISHARES US Healthcare Pro., IHF | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 84.   - Western Asset Total Ret., WBND | B | Dividend | L | T | Buy | 02/13/19 | L | | |
| 85.   - Vanguard High Div. Yield, VYM | A | Dividend | K | T | Buy | 02/13/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brokerage Account #4 (J.A. Eggleson Farms, Inc. (H) | | | | | | | | | |
| 87. - Vanguard Info. Tech., VGT | A | Dividend | J | T | | | | | |
| 88. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Sold (part) | 09/12/19 | J | A | |
| 89. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | | | Sold | 08/22/19 | K | A | |
| 90. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Sold (part) | 09/12/19 | J | A | |
| 91. - ISHARES MSCI Emg. Mrkt., EEMA | A | Dividend | J | T | Sold (part) | 09/12/19 | J | A | |
| 92. - SPDR Select Fin'l ETF, XLF | A | Dividend | J | T | Sold (part) | 09/12/19 | J | A | |
| 93. - SPDR GOLD SHARES ETF, GLD | | None | J | T | | | | | |
| 94. - ISHARES US Aerospace Defense, ITA | A | Dividend | | | Sold (part) | 02/13/19 | J | B | |
| 95. | | | | | Sold | 08/22/19 | J | B | |
| 96. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | J | T | | | | | |
| 97. - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | A | Dividend | | | Sold (part) | 05/09/19 | J | A | |
| 98. | | | | | Sold | 09/12/19 | J | A | |
| 99. - SPDR Energy Select Sector ETF, XLE | A | Dividend | | | Sold | 08/22/19 | J | | |
| 100. - ISHARES Core Div. Growth ETF, DGRO | A | Dividend | K | T | | | | | |
| 101. - VANGUARD FTSE Europe ETF, VGK | | None | | | Sold | 01/25/19 | J | A | |
| 102. - Invesco Optimum Yield Div. Comm., PDBC | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - JPMorgan UltraShort Income ETF, JPST | A | Dividend | | | Sold | 09/12/19 | K | A | |
| 104.  - ISHARES MBS ETF, MBB | A | Dividend | | | Sold | 09/12/19 | J | A | |
| 105.  - Vanguard Emging Mkts Gov. Bond ETF, VWOB | A | Dividend | | | Sold | 09/12/19 | K | B | |
| 106.  - Vanguard Total Bond Mkt. ETF, BND | B | Dividend | K | T | | | | | |
| 107.  - Wisdomtree Japan Hedged Equity ETV, DXJ | A | Dividend | | | Sold | 08/22/19 | J | | |
| 108.  - Invesco Total Return Bond ETF, GTO | A | Dividend | K | T | Buy | 02/13/19 | K | | |
| 109.  - ISHARES US Healthcare Pro., IHF | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 110.  - Western Asset Total Ret., WBND | B | Dividend | K | T | Buy | 02/13/19 | K | | |
| 111.  - Vanguard High Div. Yield, VYM | A | Dividend | J | T | Buy | 02/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bush, Ronald E.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section 1, Line 1: I am the president and director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation. The company's stock is entirely owned by me and ███████. I accept no fees for my work as an officer or director of the corporation.

Section VII, Line 35: The U.S. Savings Bond has matured, but has not yet been redeemed. It no longer earns interest.

Section VII, Line 59: I am no longer required to report Brokerage Account #2 due to a nonreportable event.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544